PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

### Report on Offender Under Supervision

Name of Offender: Jeffrey Sawyer                                                                                   Cr.: 13-00335-001
                                                                                                                                                    PACTS #: 67092

Name of Sentencing Judicial Officer:    THE HONORABLE NOEL L. HILLMAN
                                                                  UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/15/2016

Original Offense:    Conspiracy to Commit Mail and Wire Fraud, 18 U.S.C. § 1349 [18 U.S.C. §§ 1341 and 1343]

Original Sentence: 12 months imprisonment, 36 months supervised release

Special Conditions: Restitution, Financial Disclosure, Life Skills Counseling, Mental Health Treatment, No New Debt/Credit, Employment Requirements/Restrictions

Type of Supervision: Supervised Release                              Date Supervision Commenced: 08/17/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failure to satisfy restitution |

U.S. Probation Officer Action:

Throughout his term of supervised release, Sawyer has paid $7,603.55 towards his restitution. His supervision is due to expire on August 16, 2020, with an outstanding restitution balance of $58,291.28. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of his earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgement, pursuant to Title 18, U.S.C., Sections 3554 & 3613

Respectfully submitted,

*Elisa Martinez/km*

By:   Elisa Martinez
         Supervising U.S. Probation Officer
Date:   05/18/2020

Prob 12A – page 2
Jeffrey Sawyer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ Allow Supervision to Expire as Scheduled on August 16, 2020 (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

s/ Noel L. Hillman, U.S.D,J.

Signature of Judicial Officer

5/18/2020

Date